## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMANDA KUHL, and JOSHUA KUHL, <br><br> Plaintiffs, <br><br> vs. <br><br> GEORGE SALIBA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 15-cv-1007-MJR-DGW |

### JUDGMENT IN A CIVIL ACTION

**REAGAN, Chief Judge:**

This case came before the Court for jury trial that began with jury selection on July 19, 2017, continued with evidence presentation the week of July 24, 2017, and culminated in a jury verdict on July 27, 2017.

Pursuant to the jury verdict rendered on July 27, 2017 (Doc. 69), judgment is hereby **ENTERED** in favor of Defendant GEORGE SALIBA and against Plaintiffs AMANDA KUHL and JOSHUA KUHL.

IT IS SO ORDERED.

DATED July 28, 2017.

                                       JUSTINE FLANAGAN, Acting Clerk of Court
                                       *s/ Reid Hermann*
                                       Deputy Clerk


Approved: *s/ Michael J. Reagan*
                 Michael J. Reagan
                 United States District Judge